JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DULCE FRANCO, an individual,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>UNITED PARCEL SERVICE, INC., et al.,<br><br>　　　　　Defendants. | Case No. CV 23-5445-MWF(RAOx)<br><br>**ORDER GRANTING STIUPLATION OF DISMISSAL WITH PREJUDICE** |

　　　The Court has reviewed the parties' Joint Stipulation of Dismissal, filed January 9, 2024. (Docket No. 22). For good cause shown, IT IS ORDERED that all claims and the entire action are hereby DISMISSED with prejudice.

　　　**IT IS SO ORDERED.**

Dated:  January 10, 2024　　　　　　_____
　　　　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　　　　United States District Judge